# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1240
_____

T.H., Father of C.J.H., E.C.H.,
E.B.H., B.C.H., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

September 3, 2021


PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kari Jorma Myllynen, Land O' Lakes, for Appellant.

Sarah J. Rumph, Children's Legal Services, for Appellee Department of Children and Families, Tallahassee; Shannon McLin and William D. Palmer of Statewide Guardian ad Litem Office, The Villages; Thomasina F. Moore, Statewide Guardian ad Litem Office, Tallahassee.